IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VICTOR RESTREPO-DUQUE, | § | |
| | § | No. 557, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1406023843 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 23, 2017
Decided: August 23, 2017

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

# **O R D E R**

This 23rd day of August 2017, it appears to the Court that the judgment of the Superior Court should be affirmed for the reasons stated in its order dated April 8, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *State v. Restrepo-Duque*, Cr. ID No. 1406023843 (Del. Super. Apr. 8, 2016) (ORDER).